# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANESSICA PIMENTEL SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:21-cv-01177-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 9) |

Janessica Pimentel Sanchez ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act. (ECF No. 1.) On December 23, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 9.) Pursuant to the terms of the stipulation, the Commissioner will remand the case to allow Plaintiff the opportunity for a new hearing and issue a new decision. (Id.) The Court finds good cause exists to grant the parties' stipulated request.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Janessica Pimentel Sanchez and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 27, 2021**

UNITED STATES MAGISTRATE JUDGE

2