# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANESSICA PIMENTEL SANCHEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:21-cv-01177-SAB<br><br>ORDER RE STIPULATION TO REOPEN AND ENTER FINAL JUDGMENT FOR PLAINTIFF UPON COMPLETION OF SENTENCE SIX PROCEEDINGS UNDER 42 U.S.C. § 405(g); DIRECTING CLERK OF COURT TO THEREAFTER CLOSE THIS ACTION<br><br>(ECF Nos. 14, 16) |

　　　　On August 4, 2021, Plaintiff Janessica Pimentel Sanchez filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits pursuant to the Social Security Act.  (ECF No. 1.)  By stipulation of the parties, this case was remanded on December 23, 2021, pursuant to sentence six of 42 U.S.C. § 405(g) for further administrative proceedings.  (ECF No. 9.)

　　　　On June 11, 2024, the parties filed a stipulation to reopen the case and enter final judgment for Plaintiff upon the conclusion of sentence six proceedings under 24 U.S.C. § 405(g).  (ECF No. 14.)  The parties proffer that on January 19, 2024, the Commissioner issued a fully favorable decision for Plaintiff.  (Id. at 1; see also ECF No. 16.)  Accordingly, the parties request the case be reopened and the Clerk of Court be ordered to enter a final judgment in favor of Plaintiff and against the Commissioner.

1    Based upon the parties' stipulation to reopen and enter final judgment for Plaintiff (ECF
2 No. 14), and for good cause shown, IT IS HEREBY ORDERED that:
3       1.    This action be REOPENED for the purpose of entering judgment for Plaintiff;
4       2.    Judgment is entered in favor of Plaintiff Janessica Pimentel Sanchez and against
5             Defendant Commissioner of Social Security; and
6       3.    The Clerk of the Court is directed to thereafter CLOSE this action.

IT IS SO ORDERED.

Dated:   **July 1, 2024**

UNITED STATES MAGISTRATE JUDGE