# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANESSICA PIMENTEL SANCHEZ,<br><br>         Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.  1:21-cv-01177-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(ECF No. 21) |

On August 15, 2024, Plaintiff Janessica Pimentel Sanchez filed a stipulation for the award and payment of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412(d) and costs pursuant to 28 U.S.C. § 1920.  (ECF No. 21.)

Accordingly, Plaintiff is awarded attorney fees in the amount of SIX THOUSAND EIGHT HUNDRED DOLLARS AND ZERO CENTS ($6,800.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED TWO DOLLARS AND ZERO CENTS ($402.00) under 28 U.S.C. § 1920, subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:   **August 16, 2024**

UNITED STATES MAGISTRATE JUDGE